**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CONTENT EXTRACTION AND TRANSMISSION LLC, | : : : : | |
| Plaintiff, | : : | No. 12-2501 (MAS) (TJB) |
| v. | : : : | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | : : : | |
| Defendant. | : : : | |
| CONTENT EXTRACTION AND TRANSMISSION LLC, | : : : : | |
| Plaintiff, | : : | No. 12-6960 (MAS) (TJB) |
| v. | : : : | |
| THE PNC FINANCIAL SERVICES GROUP, INC., et al., | : : : | **ORDER** |
| Defendants. | : : : | |

This matter comes before the Court on Defendant the PNC Financial Services Group, Inc., and PNC Bank, N.A.'s (collectively, "PNC" or "Defendant"), [1] Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6). (Def.'s Br., ECF No. 6-1.)[2] Plaintiff Content Extraction and Transmission LLC ("Plaintiff" or "CET"), filed Opposition. (Pl.'s Opp'n, ECF No. 8.) Defendant filed a Reply. (ECF No. 9.) The Court has carefully considered the Parties' submissions and decided the matter without oral argument pursuant to Local Civil Rule

---

[1] For purposes of this Order, the Court refers to the PNC entities as a single defendant.

[2] All cites to the record, unless noted otherwise, are to *CET v. PNC*, Civil Action No. 12-6960.

78.1. For the reasons set forth in the accompanying Opinion issued today, and other good cause shown,

**IT IS**, on this 31st day of July, 2013, **ORDERED** that:

1) Defendant's Motion to Dismiss is granted.

2) Plaintiff's U.S Patent Nos. 5,258,855 (the "855 Patent"), 5,369,508 (the "508 Patent"), 5,625,465 (the "465 Patent"), and 5,768,416 (the "416 Patent") are declared invalid as abstract ideas not patentable under 35 U.S.C. § 101.

3) The Clerk is ordered to close both civil actions listed in the above caption.

4) This Order and accompanying Opinion shall also be docketed in Civil Action No. 12-7640.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE