# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

ZIMMERMAN & WEISER LLP
Jean-Marc Zimmerman
Anatoly S. Weiser
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
jmz@iplcounsel.com
aw@ iplcounsel.com

Attorneys for Content Extraction and Transmission LLC

| | |
|---|---|
| CONTENT EXTRACTION AND TRANSMISSION LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>            Defendant. | Civil Action No. 3:12-cv-2501-MAS-TJB<br><br>District Judge Michael A. Shipp<br>Magistrate Judge Tonianne J. Bongiovanni<br><br><br>NOTICE OF APPEAL |
| CONTENT EXTRACTION AND TRANSMISSION LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC. AND PNC WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>            Defendants. | Civil Action No. 3:12-cv-6960-MAS-TJB<br><br>District Judge Michael A. Shipp<br>Magistrate Judge Tonianne J.Bongiovanni<br><br><br>NOTICE OF APPEAL |

Notice is hereby given that plaintiff Content Extraction and Transmission LLC hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order and Memorandum Opinion entered in the above-identified actions on July 31, 2013.  The filing fee is being electronically submitted with this filing.

2

          /s/Jean-Marc Zimmerman
Zimmerman & Weiser LLP
Jean-Marc Zimmerman
Anatoly S. Weiser
226 St. Paul Street
Westfield, New Jersey 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
jmz@iplcounsel.com
aw@ iplcounsel.com

Attorneys for Content Extraction
and Transmission LLC

Dated: August 27, 2013
      Westfield, NJ 07090